AO 455  (Rev. 9/98) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF CONNECTICUT

| United States of America | **WAIVER OF INDICTMENT** |
|---|---|
| V. | |
| James K. Bell | DOCKET NUMBER: 3:05cr029 (SRU) |

I, __James K. Bell__, the above named defendant, who is accused by information of one count, charging me with fraud by mail in violation of 18 U.S.C. § 1341, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __February 10, 2005__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
James K. Bell
Defendant

_____
John Williams
Counsel for Defendant

Before _____
Judicial Officer

2/10/05