UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. |
| | : | 3:05 CR 29 (SRU) |
| JAMES K. BELL | : | |

## **ORDER**

The defendant's voluntary surrender date is hereby extended until **October 18, 2007** at 2:00 p.m. The court recommends redesignation of the defendant to the Loretto, PA Federal Prison Camp.

It is so ordered.

Dated at Bridgeport, Connecticut, this 27th day of June 2007.

    /s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge